Robert B. Katz, Esq., SBN 7768
Amar Law Group, PLLC
2300 W. Sahara Ave., Ste. 800
Las Vegas, NV 89102
(702) 852-2929 – phone
(866) 226-1333 - fax
docs@amarlawgrp.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CRAIG WILLIAMS, an individual<br><br>Plaintiff,<br><br>vs.<br><br>FCA US, LLC D/B/A RAM,<br><br>Defendant. | Case No.: 2:22-cv-00352-JCM-BNW<br><br>**STIPULATED REQUEST TO EXTEND TIME TO HOLD 26(f) CONFERENCE AND TO FILE DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**FIRST REQUEST** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rules of Practice for The United States District Court for the District of Nevada 6-1, Plaintiff Craig Williams and Defendant FCA US, LLC d/b/a RAM by and through undersigned counsel, hereby request that this Court extend the time for the parties to complete the 26(f) conference for thirty (30) days. The Parties further request that this Court extend the time for the parties to file the joint Discovery Plan and Scheduling Order for fourteen (14) days following the completion of the 26(f) conference per Fed. R. Civ. P. 26(f)(2) and LR 26-1.

This request is made on the basis that the parties were negotiating under the good faith belief that a dispositive settlement could be reached. There is good cause for delay as a potential dispositive settlement would have prevented additional costs from accumulating for both parties and conserved judicial resources.

DATED this 25th day of July, 2022.

By /s/Robert B. Katz
Robert B. Katz, Esq., SBN 7768
AMAR LAW GROUP, PLLC
2300 W. Sahara Ave., Ste. 800
Las Vegas, NV 89101

*Attorney for Plaintiff*

By /s/Melanie L. Thomas
Melanie L. Thomas., NV 12576
Lewis Brisbois Bisgaard & Smith LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89118

*Attorney for Defendant*

1  Original of the foregoing electronically
2  filed with the Court and a copy e-mailed this
   19th day of July, 2022, to:
3

4
   Melanie L. Thomas
5  Maria San Juan
   Heidi Brown
6  Lewis Brisbois Bisgaard & Smith LLP
7  6385 S. Rainbow Boulevard, Suite 600
   Las Vegas, NV 89118
8  Melanie.thomas@lewisbrisbois.com
9  Maria.sanjuan@lewisbrisbois.com
   Heidi.brown@lewisbrisbois.com
10 Attorneys for Defendant

11

12
   /s/Daniel P. Neisess
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Robert B. Katz, Esq., SBN 7768
Amar Law Group, PLLC
2300 W. Sahara Ave., Ste. 800
Las Vegas, NV  89102
(702) 852-2929 – phone
(866) 226-1333 - fax
docs@amarlawgrp.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CRAIG WILLIAMS, an individual | Case No.: 2:22-cv-00352-JCM-BNW |
| Plaintiff, | **ORDER EXTENDING TIME TO HOLD 26.1(f) CONFERENCE AND TO FILE DISCOVERY PLAN AND SCHEDULING ORDER** |
| vs. | |
| FCA US, LLC D/B/A RAM, | |
| Defendant. | |

Pursuant to the Stipulation of the parties and good cause appearing therefore, IT IS HEREBY ORDERED extending the time for the parties to complete the 26(f) conference for thirty (30) days from today's date. IT IS FURTHER ORDERED extending the time for the parties to file the joint Discovery Plan and Scheduling Order fourteen (14) days following the completion of the 26(f) conference.

DATED:  July 26, 2022

Brenda Weksler, U.S. Magistrate Judge